SHEPPARD v. HIGHTOWER et al.

RUSSELL, C. J. The plaintiff's petition prayed that a levy on described land under an execution against her as administratrix of the estate of her deceased husband be enjoined pending her application for a year's support on behalf of herself and her three minor children. She alleged that the levy was under a common-law execution, not for purchase-money or otherwise superior to her right to year's support; that the suit resulting in the judgment on which the execution was based was filed during the lifetime of her husband; that after his death she was appointed administratrix of his estate, and as such was made a party to the suit; and that in this suit a deed executed by her husband to the land under levy was canceled as having been made to hinder, delay, and defraud the plaintiff in that suit. *Held*, that the court erred in dismissing the petition on general demurrer.

*Judgment reversed. All the Justices concur.*

No. 10325.   OCTOBER 11, 1934.

*S. P. New*, for plaintiff.

*Blackshear & Blackshear* and *R. Earl Camp*, for defendants.